UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED 2011 OC 19 PM 12: 19
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: DR11-CR-1731 |
| v. | § § | SEALED INDICTMENT |
| SANDRA LORENA ALARCON-ESPINOZA | § § | |

## MOTION TO UNSEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America by the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, and moves this Court to unseal the Indictment and related documents in the above entitled case as the warrant for arrest has been executed against the defendant.

WHEREFORE, the United States respectfully requests that the Motion to Unseal Indictment and related documents be granted.

Respectfully submitted,

ROBERT PITMAN
United States Attorney

By: _____
CHRISTOPHER M. BLANTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: DR11-CR-1731 |
| | § | |
| v. | § | SEALED INDICTMENT |
| | § | |
| SANDRA LORENA ALARCON-ESPINOZA | § | |

## ORDER TO UNSEAL

Came on to be considered the Government's Motion to Unseal and the Court having considered said motion hereby

Orders that the Government's Motion to Unseal the Indictment and related documents be GRANTED.

Entered on this _____ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE